■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERESA MEDINA, Also Known as MARIA GONZALEZ, Appellant. [721 NYS2d 829] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered February 4, 1999, convicting her of attempted murder in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly ruled, after a *Sandoval* hearing (*see, People v Sandoval,* 34 NY2d 371), that if the defendant took the stand, the prosecutor could question her about her four petit larceny convictions and their underlying facts (*see, People v Walker,* 83 NY2d 455; *People v Branch,* 155 AD2d 475; *People v Myrick,* 128 AD2d 732), her use of aliases (*see, People v Walker, supra*), and her status as an illegal alien (*see, People v Caicedo,* 173 AD2d 630; *People v Ortero,* 75 AD2d 168).

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Altman, J. P., McGinity, Luciano and H. Miller, JJ., concur.